

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2024

No. 04-23-00452-CR

**EX PARTE** Miguel Angel **ALVAREZ LOPEZ**

From the County Court, Kinney County, Texas
Trial Court No. 14140CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Miguel Angel Alvarez Lopez's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. We further consider Alvarez Lopez's appeal as a petition for writ of mandamus and **DENY** his request for mandamus relief **WITHOUT PREJUDICE**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 3, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2024.

_____
Luz Estrada, Chief Deputy Clerk